# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY DARLIN, ) | |
| ) | 2:16-cv-02323-JCM-NJK |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| SAMUEL REX, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's failure to file a Certificate of Interested Parties.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Defendant has failed to comply.

Accordingly, **IT IS ORDERED** that Defendant shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m.** on **October 13, 2016.**

IT IS SO ORDERED.

DATED: October 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge